UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FREDERICK LARRY ROSS, JR. (#585778)

VERSUS

KEVIN DURBIN, ET AL.

CIVIL ACTION

24-712-SDD-EWD

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Magistrate Erin Wilder-Doomes dated November 18, 2025, to which no *Objection* has been filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS ORDERED** that the exercise of supplemental jurisdiction is declined, and Plaintiff's federal claims for excessive force and the related claims for failure to intervene are DISMISSED WITH PREJUDICE for failure to state a claim based on the Court's screening under 28 U.S.C. §§ 1915(e) and 1915A.

Signed in Baton Rouge, Louisiana, on this 4 day of December, 2025.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 6.